**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JOHN HOUTSMA,**

   **Petitioner,**

**v.**                                                    **Case No. 1:19-cv-112-AW-GRJ**

**STATE OF FLORIDA,**

   **Respondent.**

_____/

## ORDER OF DISMISSAL

The Court has considered the Magistrate Judge's report and recommendation filed September 18, 2019. ECF No. 9. There have been no objections filed. The Court concludes that the report and recommendation should be approved and adopted—and that the case should be dismissed. The Clerk will enter a judgment stating, "This case is dismissed for lack of jurisdiction." A certificate of appealability is denied. The Clerk will close the file.

   SO ORDERED on November 5, 2019.

                                        s/ *Allen Winsor*
                                        United States District Judge